# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132203(48)

JUDITH KUZNAR and JOSEPH KUZNAR,
    Plaintiffs-Appellees,

v

    SC: 132203
    COA: 259501
    Wayne CC: 03-333448-NO

RAKSHA CORPORATION, d/b/a CROWN
PHARMACY, and VALERIE RANDALL,
    Defendants-Appellants.

_____

    On order of the Chief Justice, the motion by plaintiffs-appellees for extension of the time for filing their brief on appeal is considered and it is GRANTED.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 27, 2007

_____
Clerk